IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION, IBT,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Defendant. | Civil Action No. 1:06-cv-00631-JR |

## CERTIFICATE RULE LCvR 7.1

We, the undersigned, counsel of record for Defendant National Railroad Passenger Corporation ("Amtrak"), certify that to the best of our knowledge and belief, there are no parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

/s/ Jonathan C. Fritts
Thomas E. Reinert, Jr. (DC Bar No. 336867)
Jonathan C. Fritts (DC Bar No. 464011)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739–3000
(202) 739–3001 (fax)

May 1, 2006

*Attorneys for Defendant and Counterclaimant National Railroad Passenger Corporation*

1-WA/2562115.1