UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT<br><br>Plaintiff, Counter-Defendant<br><br>NATIONAL RAILROAD PASSENGER CORP.<br><br>Defendant, Counter-Plaintiff. | )<br>)<br>)<br>)<br>) Case No. 1:06-cv-631-JR<br>)<br>)<br>)<br>) |

## JOINT MEET AND CONFER STATEMENT

Pursuant to the Court's order of May 1, 2006, the Brotherhood of Maintenance of Way Employes Division/IBT ("BMWED") and the National Railroad Passenger Corp. ("Amtrak") have conferred regarding a proposed schedule for this case. The parties advise the Court that they are actively discussing procedural approaches for resolving their dispute and they jointly and respectfully request that they be provided until May 22 to submit such a proposal to the Court.

Respectfully submitted,

/s/  
Thomas E. Reinert, Jr. (D.C. Bar # 336867)  
Morgan, Lewis & Bockius LLP  
1111 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
(202) 739-5084  
FAX (202) 739-3001  
treinert@morganlewis.com  

Counsel for Defendant-Counter Plaintiff  
National Railroad Passenger Corporation  

/s/  
Richard S. Edelman (D.C. Bar #416348)  
O'Donnell, Schwartz & Anderson, P.C.  
1900 L Street, N.W., #800  
Washington, D.C.  20036  
(202) 898-1824  
FAX (202) 429-8928  
Redelman@odsalaw.com  

Counsel for Plaintiff -Counter Defendant  
Brotherhood of Maintenance of Way Employes Division IBT  

Dated: May 15, 2006