UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROTHERHOOD OF MAINTENANCE )
OF WAY EMPLOYES, DIVISION, IBT )
                              )
     Plaintiff, Counter-Defendant )
                              ) Case No. 1:06-cv-631-JR
NATIONAL RAILROAD PASSENGER CORP. )
                              )
     Defendant, Counter-Plaintiff. )
                              )

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

WHEREAS Public Law Board 6671 (BMWED and AMTRAK), in Case No. 4, issued an Award that included as its remedy portion: "The Carrier is required to reimburse at the straight-time rate the applicable maintenance of way employees for the work that they should have been allowed to perform but was instead performed by the outside contractor."

WHEREAS the parties disagree as to the interpretation and application of the remedy portion of the Award.

WHEREAS BMWED filed a petition for enforcement of the Award and AMTRAK Counterclaimed for vacation of the Award remedy

WHEREAS the parties wish to avoid litigation concerning the enforcement of the Award.

THEREFORE:

(1)  The parties agree to submit to Public Law Board 6671 (Neutral Member Peter Meyers) their dispute concerning the interpretation and application of the remedy portion of the Award.

(2)  The specific issue for determination by the Board shall be:

   How much backpay is due, and how should it be allocated among employees, under the remedy portion of the Award?

(3)     The parties agree to dismiss this litigation without prejudice, subject to refiling within 60 days of issuance of a final award by Public Law Board 6671 pursuant to this stipulation.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Thomas E. Reinert, Jr. (D.C. Bar # 336867)<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 739-5084<br>FAX (202) 739-3001<br>treinert@morganlewis.com | Richard S. Edelman (D.C. Bar #416348)<br>O'Donnell, Schwartz & Anderson, P.C.<br>1900 L Street, N.W., #800<br>Washington, D.C.  20036<br>(202) 898-1824<br>FAX (202) 429-8928<br>Redelman@odsalaw.com |
| Counsel for Defendant-Counter Plaintiff<br>National Railroad Passenger Corporation | Counsel for Plaintiff -Counter Defendant<br>Brotherhood of Maintenance of Way<br>Employes Division IBT |

Dated: May 18, 2006

## ORDER

Based upon the foregoing it is hereby ORDERED that the BMWED's petition and AMTRAK's counterclaim are dismissed without prejudice, subject to refiling within 60 days of issuance of a final award by Public Law Board 6671.

_____        _____
Date                                                                United States District Judge